No. 20-15073

**IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**

MARC L. ABRAMOWITZ,

*Appellant,*

*v.*

PALANTIR TECHNOLOGIES INC.,

*Appellee.*

On Appeal from the United States District Court for the Northern District of California, No. 3:18-mc-80132-JSC
The Honorable Jacqueline Scott Corley

# APPELLANT'S NOTICE

Jack P. DiCanio
Allen Ruby
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, CA 94301

*Counsel for Appellant Marc L. Abramowitz*

# NOTICE

The Court is notified that due to logistical issues related to the COVID-19 virus, Appellant Marc L. Abramowitz requires a 60-day extension of time to file the opening brief, currently due on April 24, 2020.

Dated: April 13, 2020

Respectfully submitted,

s/ Jack P. DiCanio

Jack P. DiCanio
Allen Ruby
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, CA 94301