**NO. 20-15073**

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

---

MARC L. ABRAMOWITZ

*Appellant,*

v.

PALANTIR TECHNOLOGIES INC.

*Appellee.*

---

On Appeal from the United States District Court
for the Northern District of California, No. 3:18-mc-80132-JSC
The Honorable Jacqueline Scott Corley

---

# MOTION TO VOLUNTARILY DISMISS APPEAL PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 42(b)

---

Jack P. DiCanio
Allen Ruby
Niels J. Melius
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, CA 94301

*Counsel for Appellant Marc L. Abramowitz*

Appellant Marc L. Abramowitz ("Abramowitz"), by and through counsel, hereby submits this Motion to Voluntarily Dismiss this Appeal Pursuant to Federal Rule of Appellate Procedure 42(b) ("Rule 42(b)"). In support, Abramowitz states as follows:

1. On January 15, 2020, Abramowitz filed a timely notice of appeal from the district court's December 17, 2019 Order Denying Abramowitz's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge, as well as the November 22, 2019 Magistrate Judge's Order Granting Palantir Technologies Inc.'s ("Palantir") *Ex Parte* Application Pursuant to 28 U.S.C. § 1782 and related November 22, 2019 Protective Order.

2. Abramowitz now seeks to voluntarily dismiss this appeal pursuant to Rule 42(b), which provides that an "appeal may be dismissed on the appellant's motion on terms agreed to by the parties or fixed by the court." Fed. R. App. P. 42(b).

3. Abramowitz has consulted with Appellee regarding this motion, and Appellee does not oppose voluntary dismissal.

WHEREFORE, Abramowitz respectfully asks the Clerk of this Court to enter an order dismissing the above-captioned appeal pursuant to Federal Rule of Appellate Procedure 42(b).

Dated: June 19, 2020

Respectfully submitted,

s/ Jack P. DiCanio

Jack P. DiCanio
Allen Ruby
Niels J. Melius
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, CA 94301

## CERTIFICATE OF COMPLIANCE

On this nineteenth day of June, 2020, the undersigned certifies that:

1. The foregoing motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion contains 180 words, as determined by the word-count function of Microsoft Word 2019; and

2. As required by Federal Rule of Appellate Procedure 27(d)(1)(E), the foregoing motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because the motion has been prepared in a proportionally spaced typeface using Microsoft Word 2019 in 14-point Century Schoolbook font.

s/ Jack P. DiCanio
JACK P. DICANIO